# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 11-cv-02406-REB-CBS

DANIEL STEWARD,

      Plaintiff,

v.

LEGAL COLLECTION CO LLC, a Colorado limited liability company,

      Defendant.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

The matter is before me on the **Stipulated Motion To Dismiss With Prejudice**
[#10][1] filed December 5, 2011.  After reviewing the motion and the file, I conclude that
the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulated Motion To Dismiss With Prejudice** [#10] filed
December 5, 2011, is **GRANTED**; and

2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay
their own attorney fees and costs.

Dated December 6, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

---

[1]"[#10]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.